UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

—————————————————————
                                              )
UNITED STATES OF AMERICA                      )
ex rel. LEIGH H. CAMPOS,                       )
                                              )
          Plaintiffs,                          )
                                              )
v.                                            )          Case No. 20-CV-206-JL
                                              )
3RD PARTY API LLC, LENNICK                    )
HOLDINGS, INC. d/b/a 3RD PARTY API,           )
BRYAN LENETT, MICHAEL                         )
MUCHNICK, PERFORMIX SPECIALTY                 )
PHARMACY, LLC. and 3RD PARTY                  )
SERVICES OF FLORIDA CORP.,                    )
                                              )
          Defendants.                          )
—————————————————————)

## **ORDER**

The United States having intervened in part of this action and having declined to
intervene in part of this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the
Court rules as follows:

IT IS ORDERED that,

1.     the relator's Complaint, Amended Complaint, Second Amended Complaint, the
Government's Notice of Intervention, and this Order be unsealed;

2.     the United States serve its Complaint upon defendants, together with this Order,
within 90 days;

3.     all other papers or Orders on file in this matter shall remain under seal;

4.     the seal shall be lifted on all matters occurring in this action after the date of this
Order;

5.      as to the part of the action in which the United States has declined to intervene,

the parties shall serve all pleadings and motions filed in that part of the action, including

supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The

United States may order any deposition transcripts and is entitled to intervene in that part of the

action, for good cause, at any time;

6.      all orders of this Court shall be sent to the United States; and

7.      should the relator or the defendants propose that the part of the action in which

the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the

Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This __23rd__ day of ____April____, 2025.

_____
United States District Judge